# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OHIO TURNPIKE COMMISSION | ) | CASE NO. 1:12-CV-01692 |
| Plaintiff, | ) | |
| v. | ) | JUDGE JAMES S. GWIN |
| LEHIGH GAS CORPORATION, et al. | ) | NOTICE OF RESOLUTION OF SETTLEMENT DISPUTE |
| Defendants. | ) | |

Plaintiff-Ohio Turnpike Commission ("Commission") respectfully gives notice that the parties have resolved their settlement dispute. The Commission previously notified the Court that Defendants had failed to deliver a signed Settlement Agreement within a reasonable period of time after reaching an agreement on the terms of the settlement, and requested that the Court to conduct a telephone conference regarding Defendant's failure. Defendants have since delivered the signed agreement, which Commission has executed and returned to Defendants. Accordingly, the dispute that necessitated the telephone conference is no longer present, and the Commission no longer believes that a telephone conference concerning the dispute is required. Consequently, the Commission withdraws its notice of settlement dispute and its request for a telephone conference regarding the same.

            Respectfully submitted,

              s/Mark R. Musson
            KATHLEEN G. WEISS (0040813)
            General Counsel
            MARK R. MUSSON (0081110)

Staff Attorney
Ohio Turnpike Commission
682 Prospect Street
Berea, Ohio 44017
T: (440) 234-2081
F: (440) 234-7392
mark.musson@ohioturnpike.org

ATTORNEY FOR PLAINTIFF
OHIO TURNPIKE COMMISSION

CERTIFICATE OF SERVICE

     I certify that a true and accurate copy of this Notice of Resolution of Settlement Dispute was filed electronically on this 28th day of November 2012. Notice of the filing of the document will be sent to all parties by operation of the Court's electronic filing system. Parties may access the document via the Court's electronic filing system.

                                      s/ Mark R. Musson
                                      Mark R. Musson
                                      One of the Attorneys for the
                                      Ohio Turnpike Commission